# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

144231

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

  SC: 144231
  COA: 304077
  Wayne CC: 93-002683, 93-002684
               93-002685, 93-002686

JAMERO TERRILE MOSES,
     Defendant-Appellant.
                    93-002687, 93-002688
                    93-002689, 93-014133

_____/

On order of the Court, the application for leave to appeal the November 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716